IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| TREND INTERMODAL CHASSIS LEASING, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DAVE'S SERVICE CENTER, INC., <br><br> Defendant. | Civil Action No. 4:21cv50 (RCY) |

**FINAL ORDER**

This matter is before the Court on the Plaintiff's Notice of Dismissal (ECF No. 18), filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  It appearing to the Court that all matters of controversy in this action have been settled, it is hereby ORDERED that this action is DISMISSED WITH PREJUDICE.  The Court shall, however, retain jurisdiction for the sole purpose of enforcing the terms of the settlement agreement, if necessary.

The Clerk is directed to send a copy of this Order to all counsel of record and to any party not represented by counsel.

It is so ORDERED.

/s/ RCY
Roderick C. Young
United States District Judge

Norfolk, Virginia
Date:  July 20, 2021